UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

          Chapter 11

SOLERA CORPORATION,

          Case No. 15-_____ (    )

      Debtor.
-------------------------------------------------------------------X

## AFFIDAVIT PURSUANT TO S.D.N.Y. LOCAL BANKRUPTCY RULE 1007-2

STATE OF NEW YORK   )
                               ) ss:
COUNTY OF NEW YORK  )

I, Rufino Lopez, duly sworn, depose and say:

1. I am the President of Solera Corporation. ("Debtor"), and as such I am familiar with the operations, business and financial affairs of the Debtor. I submit this Affidavit in accordance with the S.D.N.Y. Local Bankruptcy Rules in support of the voluntary petition filed by the Debtor under Chapter 11of title 11 of the United States Code ("Bankruptcy Code").

2. There is no pending bankruptcy case against the Debtor and this petition is filed as a voluntary Chapter 11 proceeding.

3. The Debtor operates a restaurant at the premises located at 216 E 53rd Street (at 3rd Avenue), New York NY 10022. The Debtor was incorporated on May 30, 1990.

4. The Debtor's books and records are located at 1070 Nine Acres Lane Mamaroneck, NY 10543.

5. The Debtor is filing a voluntary emergency petition under Chapter 11 of the Bankruptcy Code due to the debts owed to the land lord. The landlord is attempting to evict the

Debtor from the premises located at 216 E 53rd Street, New York NY 10022. The Debtor has obtained a proposed buyer who can cure all rental arrears.

6. I have 100% of the ownership interest as President in the Debtor.

7. A list of the Debtor's top twenty (20) largest unsecured creditors was filed.

8. All required schedules, if not filed with the voluntary petition on the date of filing, will be filed within fourteen (14) days of the date filing the Debtor's voluntary petition, which will provide a list of the Debtor's assets, secured creditors and other information required.

Dated: New York, New York
June 4, 2015

                                         /s/ Rufino Lopez
                                         By:    Rufino Lopez

Sworn to before me this 4th day of
June, 2015

Notary Public
State of New York

Lawrence F. Morrison
No. 02MO6059654
Expires 07/28/2015